UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| Plaintiff, | |
| v. | Case No.: 4:09−mc−00368 |
| | Judge Sim Lake |
| The Federal Government of Nigeria | |
| Defendant. | |
| TYPE OF CASE: Miscellaneous | |

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Nancy K. Johnson

**PLACE:**
Courtroom 700
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 7/14/10

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Motion Hearing
Sealed Event – #64
Sealed Event – #65
Sealed Event – #67
Motion to Compel – #76
Motion to Expedite – #77
Motion for Miscellaneous Relief – #78

Date:   July 8, 2010

David Bradley, Clerk