IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SOLGAS ENERGY LTD. | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 09-368 |
| | § | |
| THE FEDERAL GOVERNMENT | § | MISCELLANEOUS PROCEEDING |
| OF NIGERIA | § | |
| *Defendants*. | § | |

**ORDER GRANTING SOLGAS ENERGY LTD.'S SECOND AND
THIRD MOTION TO COMPEL**

This Court has considered Solgas Energy Ltd.'s Second and Third Motions to Compel (the "Motions"). (Dkt. 65 & 67.) After considering the Motions, all timely submitted responses and other matters before the Court, the Court is of the opinion that the Motions should be GRANTED. Accordingly, it is

ORDERED that Solgas Energy Ltd's Second and Third Motions to Compel are GRANTED; it is further

ORDERED that J.P. Morgan Chase Bank, N.A. ("Chase") and the Central Bank of Nigeria ("CBN") produce to Solgas Energy Ltd. all (1) signature cards or similar documents to identify all person(s) authorized to make withdrawals, (2) all depository agreements or contractual agreements, (3) all documents authorizing or requesting deposit or withdrawal of funds, and (4) all transaction records, bank statements and accounting ledgers for all accounts maintained by CBN at Chase for the period beginning January 1, 2007, and ending December 31, 2009; it is further

ORDERED that CBN respond to all Interrogatories, and Request for Admissions served by Solgas Energy Ltd. on or about February 19, 2010, with respect to all CBN accounts maintained at Chase; it is further

ORDERED that CBN shall fully respond to and produce all documents responsive to Solgas Energy Ltd's Request for Production No. 8, specifically including, but not limited to all documents related to the $200,000,000 deposited by FGN into the frozen account on August 25, 2009, and the $200,000,000 deposited by FGN into the frozen account on December 2, 2009;

ORDERED that CBN shall fully respond to and produce all documents responsive to Solgas Energy Ltd's Requests for Production Nos. 10 and 11 served on or about February 19, 2010; it is further

ORDERED that CBN shall fully respond to Solgas Energy Ltd's Request for Production No. 13, including full and complete copies of all reports and/or analysis by Hart Nurse, Ltd. or The Hart Group, and specifically including a complete copy of The Report on the Financial Audit 1999-2004 with a Final Submission date of November 2006 presented to The National Stakeholder Working Group by Hart Nurse, Ltd. in association with SS Afemlkhe & Co.; and it is further

ORDERED that all documents and responses required by this Order shall be delivered to Solgas Energy Ltd. on or before July __, 2009.

SIGNED this _____ day of July, 2010.

_____
United States Magistrate Judge