IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SOLGAS ENERGY LTD., | § § | |
| Plaintiff, | § § | |
| v. | § § | MISC. ACTION NO. H-09-368 |
| THE FEDERAL GOVERNMENT OF NIGERIA, | § § § | |
| Defendant, | § § | |
| THE CENTRAL BANK OF NIGERIA, | § § | |
| Intervenor, | § § | |
| JP MORGAN CHASE BANK, N.A., | § § | |
| Garnishee. | § | |

## **ORDER**

Pending before the court are The Central Bank of Nigeria's ("CBN") Objection to the Court's Order Dated July 19, 2010 (Docket Entry No. 97); CBN's Motion to Stay Discovery Pending Determination of the Objection to the Magistrate Judge's July 19, 2010 Order (Docket Entry No. 98); and CBN's Motion for Expedited Relief and Immediate Stay (Docket Entry Nos. 100, 101). The court has reviewed all of the motions and Solgas Energy Ltd.'s Response to CBN's Objection to the Order Dated July 19, 2010 (Docket Entry No. 99).

When a party objects to an order issued by a magistrate judge on referral, the district judge must review the objections "and

modify or set aside any part of the order that is clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a). The court has reviewed the order dated July 19, 2010, (Docket Entry No. 91) and finds that the Magistrate Judge's decision is not clearly erroneous or contrary to law. Accordingly, CBN's objection is **OVERRULED,** and the order dated July 19, 2010, is **AFFIRMED**.

CBN's Motion to Stay Discovery Pending Determination of the Objection to the Magistrate Judge's July 19, 2010 Order is **GRANTED** to the limited extent that the court will allow a brief extension for CBN to comply with the July 19, 2010 order. CBN has fourteen days from the date of this order to produce to Plaintiff all signature cards or similar documents to identify all person(s) authorized to make withdrawals, all depository agreements or contractual agreements, all documents authorizing or requesting deposit or withdrawal of funds, and all transaction records, bank statements, and accounting ledgers for all accounts maintained by CBN at Chase for the period beginning January 1, 2007, and ending December 31, 2009. In all other respects, CBN's motion to stay is **DENIED**.

CBN's Motion for Expedited Relief and Immediate Stay is **DENIED AS MOOT**.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this ___19th___ day of August, 2010.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE