IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SOLGAS ENERGY LTD. | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 09-368 |
| | § | |
| THE FEDERAL GOVERNMENT OF NIGERIA | § § | MISCELLANEOUS PROCEEDING |
| *Defendants*. | § | |

**SOLGAS ENERGY LTD.'S
MOTION TO DISMISS WITH PREJUDICE**

Solgas Energy Ltd. ("Solgas") files this Motion to Dismiss with Prejudice as follows:

1. Solgas no longer wishes to pursue this garnishment action and asks the Court to dismiss this action with prejudice.

2. Arrangements have been made to pay the costs and fees incurred by Chase Bank. No other party will be prejudiced by this dismissal.

Wherefore Solgas Energy Ltd. asks that this case be dismissed with prejudice.

Respectfully submitted,

By:   /s/ William A. Gage, Jr.
William A. Gage, Jr.
Texas Bar No. 07566580

ATTORNEY-IN-CHARGE FOR SOLGAS ENERGY LTD.

OF COUNSEL:

James Keenan
Texas Bar No. 11167850
E.F. Mano DeAyala
Texas Bar No. 00783946
Ann E. Webb
Texas Bar Number 2101766

BUCK KEENAN LLP
700 Louisiana, Suite 5100
Houston, Texas 77002
(713) 225-4500
(713) 225-3719 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of October, 2010, a true and correct copy of the above and foregoing instrument has been forwarded as follows:

The Federal Government of Nigeria,
by and through The Honourable Minister,
Federal Ministry of Power & Steel,
 Federal Secretariat,
Abuja, Nigeria
**Via U.S. Mail**

David H. Fromm
Brown Gavalas & Fromm, LLP
355 Lexington Avenue
New York, New York 10017
**Via ECF System**

Peter A. McLauchlan
GARDERE WYNNE SEWELL LLP
1000 Louisiana, Suite 3400
Houston, Texas 77002
**Via ECF System**

Truman E. Spring
1412 Main Street
Suite 400
Dallas, Texas 75202
**Via ECF System**

/s/ William A. Gage, Jr.
William A. Gage, Jr.