IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SOLGAS ENERGY LTD. | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 09-368 |
| | § | |
| | § | MISCELLANEOUS PROCEEDING |
| THE FEDERAL GOVERNMENT | § | |
| OF NIGERIA | § | |
| *Defendant*. | § | |

## MOTION TO DISMISS WITH PREJUDICE

Solgas Energy Ltd. ("Solgas") files this Motion to Dismiss with Prejudice as follows: Solgas requests that this Court enter an Order dismissing all claims of Plaintiff, Solgas, with prejudice to refilling. Solgas additionally requests that the Order dismissing all claims recite that all parties are responsible for their own costs and fees, except that Solgas will pay the reasonable and necessary costs and fees of Garnishee, J.P. Morgan Chase Bank, N.A. in the amount of $6,680.00.

Solgas Energy Ltd. asks this Court to enter an Order of Dismissal with Prejudice consistent with this Motion and request that Solgas Energy Ltd. have all other relief to which it is entitled.

Respectfully submitted,

By:/s/ William A. Gage, Jr.
William A. Gage, Jr.
Texas Bar No. 07566580

Motion to Dismiss with Prejudice

ATTORNEY-IN-CHARGE FOR
SOLGAS ENERGY LTD.

OF COUNSEL:

James P. Keenan
Texas Bar No. 11167850
E. F. Mano DeAyala
Texas Bar No. 00783946

BUCK, KEENAN, L.L.P.
700 Louisiana, Suite 5100
Houston, Texas 77002
(713) 225-4500
(713) 225-3719 (Fax)

## Certificate of Service

In accordance with the Federal Rules of Civil Procedure, I certify that a true and correct copy of Solgas Energy Ltd.'s Motion to Dismiss with Prejudice was served as indicated below this 1st day of October, 2010:

| | |
|---|---|
| Truman E. Spring<br>1412 Main Street<br>Suite 400<br>Dallas, Texas 75202<br>*Via ECF System*<br><br>**Attorneys for JP Morgan Chase Bank, N.A.** | Peter A. McLauchlan<br>Gardere Wynne<br>1000 Louisiana<br>Suite 3400<br>Houston, Texas 77002<br>*Via ECF System*<br><br>**Attorneys for The Central Bank of Nigeria**<br><br>David H. Fromm<br>Brown Gavalas & Fromm, LLP<br>355 Lexington Avenue<br>New York, New York 10017<br>*Via ECF System*<br><br>**Attorneys for The Central Bank of Nigeria** |

/s/ William A. Gage, Jr.
William A. Gage, Jr.